**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-1444**

_____

JEROME GARCIA,

Plaintiff - Appellant,

v.

DAVID A. ADAMS, Richland County Treasurer,

Defendant - Appellee.

_____

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Mary G. Lewis, District Judge.  (3:23-cv-02273-MGL)

_____

Submitted:  June 12, 2025                    Decided:  June 17, 2025

_____

Before HARRIS and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Jerome Garcia, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Garcia appeals the district court's text order denying his motion for reconsideration of the court's order accepting the recommendation of the magistrate judge and dismissing Garcia's complaint without prejudice for lack of jurisdiction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order.  *Garcia v. Adams*, No. 3:23-cv-02273-MGL (D.S.C. Apr. 8, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*